IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1] This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2] With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3] The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

1

EXHIBIT A

4:04-cv-01717-BRW   Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW   Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW   Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW   Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW   Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW   Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW   Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW   Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW   Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW   Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW   Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW   Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW   Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW   Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW   Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW   Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW   Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW   Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW   Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW   Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW   Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW   Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW   Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW   Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW   Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW   Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW   Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW   Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW   Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW   Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW   Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW   Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW   Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW   Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW   Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW   Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW   Israel v. Wyeth, et al
4:05-cv-00355-BRW   Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW   Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW   Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al

4:05-cv-01897-BRW   Hoen v. Wyeth et al
4:05-cv-01925-BRW   Williams v. Wyeth Inc et al
4:05-cv-01933-BRW   Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW   Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW   Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW   Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW   Salois v. Wyeth Inc et al
4:06-cv-00028-BRW   Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW   Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW   Johnson et al v. Wyeth et al

4:06-cv-00052-BRW   Kern et al v. Wyeth et al
4:06-cv-00054-BRW   Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW   Norwood et al v. Wyeth et al
4:06-cv-00065-BRW   Hughes et al v. Wyeth et al
4:06-cv-00066-BRW   Mattison et al v. Wyeth et al

4:06-cv-00067-BRW   Brous et al v. Wyeth et al
4:06-cv-00102-BRW   Conza v. Wyeth Inc et al
4:06-cv-00103-BRW   O'Toole v. Wyeth et al
4:06-cv-00120-BRW   Roffman et al v. Wyeth et al
4:06-cv-00138-BRW   Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW   Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW   Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW   Minschew v. Wyeth et al
4:06-cv-00154-BRW   Sochan et al v. Wyeth et al
4:06-cv-00161-BRW   Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW   Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW   Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW   Pow et al v. Wyeth et al
4:06-cv-00222-BRW   Miller v. Wyeth et al
4:06-cv-00230-BRW   Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW   Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW   White v. Wyeth et al
4:06-cv-00271-BRW   Purcell et al v. Wyeth et al
4:06-cv-00278-BRW   Witcher et al v. Wyeth et al
4:06-cv-00301-BRW   Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW   Clark v. Wyeth et al
4:06-cv-00304-BRW   Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW   Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW   Fallman v. Wyeth et al
4:06-cv-00309-BRW   Coppock v. Wyeth et al

```
4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al
```

4:06-cv-00625-BRW   Falcone et al v. Wyeth et al
4:06-cv-00626-BRW   Ryan et al v. Wyeth et al
4:06-cv-00631-BRW   Handshy et al v. Wyeth et al
4:06-cv-00634-BRW   Bowers et al v. Wyeth et al
4:06-cv-00637-BRW   Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW   West et al v. Wyeth et al
4:06-cv-00640-BRW   Moritz v. Wyeth et al
4:06-cv-00642-BRW   Anderson et al v. Wyeth et al
4:06-cv-00643-BRW   Beatty et al v. Wyeth et al
4:06-cv-00644-BRW   Groh et al v. Wyeth et al

4:06-cv-00648-BRW   Troy v. Wyeth et al
4:06-cv-00650-BRW   Jackson v. Wyeth et al
4:06-cv-00651-BRW   Starnes v. Wyeth et al
4:06-cv-00686-BRW   Hunter v. Wyeth et al
4:06-cv-00691-BRW   Robinson v. Wyeth et al

4:06-cv-00693-BRW   Schexnayder v. Wyeth et al
4:06-cv-00694-BRW   Przybysz v. Wyeth et al
4:06-cv-00698-BRW   Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW   Gillette et al v. Wyeth et al
4:06-cv-00700-BRW   Gray et al v. Wyeth et al

4:06-cv-00701-BRW   Miles et al v. Wyeth et al
4:06-cv-00703-BRW   Casteel v. Wyeth et al
4:06-cv-00705-BRW   Harvey v. Wyeth et al
4:06-cv-00706-BRW   Morgan v. Wyeth et al
4:06-cv-00707-BRW   Mercer v. Wyeth et al

4:06-cv-00708-BRW   Brown v. Wyeth et al
4:06-cv-00711-BRW   Fairbairn v. Wyeth et al
4:06-cv-00713-BRW   Glahn v. Wyeth et al
4:06-cv-00724-BRW   Harrison v. Wyeth et al
4:06-cv-00725-BRW   Moody v. Wyeth et al

4:06-cv-00734-BRW   Baker v. Wyeth et al
4:06-cv-00744-BRW   Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW   Schons v. Wyeth et al
4:06-cv-00766-BRW   Kibat v. Wyeth et al
4:06-cv-00767-BRW   Grosor v. Wyeth et al

4:06-cv-00768-BRW   Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW   Taylor v. Wyeth et al
4:06-cv-00778-BRW   Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW   Pedicone v. Wyeth et al
4:06-cv-00786-BRW   Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW  Ulmen v. Wyeth et al
4:06-cv-00791-BRW  Newland v. Wyeth et al
4:06-cv-00792-BRW  Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW  Easley v. Wyeth et al
4:06-cv-00795-BRW  Hodge v. Wyeth et al

4:06-cv-00796-BRW  Klauck v. Wyeth et al
4:06-cv-00798-BRW  Patterson v. Wyeth et al
4:06-cv-00799-BRW  Massey et al v. Wyeth et al
4:06-cv-00802-BRW  Hughes et al v. Wyeth et al
4:06-cv-00804-BRW  Laines v. Wyeth et al

4:06-cv-00808-BRW  Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW  Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW  Jones v. Wyeth Inc et al
4:06-cv-00823-BRW  Reingold v. Wyeth et al
4:06-cv-00824-BRW  Crittenden v. Wyeth et al

4:06-cv-00840-BRW  Peoples v. Wyeth et al
4:06-cv-00852-BRW  Bradley et al v. Wyeth et al
4:06-cv-00854-BRW  Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW  Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW  Whitman v. Wyeth et al

4:06-cv-00875-BRW  Turner v. Wyeth et al
4:06-cv-00885-BRW  Townsend v. Wyeth et al
4:06-cv-00888-BRW  Elliott v. Wyeth et al
4:06-cv-00889-BRW  Hare v. Wyeth et al
4:06-cv-00890-BRW  Olive v. Wyeth et al

4:06-cv-00891-BRW  Hayes v. Wyeth et al
4:06-cv-00894-BRW  Wadkins v. Wyeth et al
4:06-cv-00895-BRW  Portrey v. Wyeth et al
4:06-cv-00896-BRW  Branton v. Wyeth et al
4:06-cv-00897-BRW  McKay v. Wyeth et al

4:06-cv-00901-BRW  Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW  Frazier v. Wyeth et al
4:06-cv-00905-BRW  Gustin v. Wyeth et al
4:06-cv-00906-BRW  Mueller v. Wyeth et al
4:06-cv-00907-BRW  Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW  Long v. Wyeth et al
4:06-cv-00917-BRW  Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW  Schmitt v. Wyeth et al
4:06-cv-00935-BRW  Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW  Huddleston v. Wyeth et al

```
4:06-cv-00950-BRW   Morgan v. Wyeth et al
4:06-cv-00955-BRW   Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW   St John et al v. Wyeth et al
4:06-cv-00958-BRW   Griffin v. Wyeth et al
4:06-cv-00964-BRW   Meade v. Wyeth

4:06-cv-00969-BRW   Ennis v. Wyeth et al
4:06-cv-00971-BRW   Howard v. Wyeth et al
4:06-cv-00972-BRW   Cook v. Wyeth et al
4:06-cv-00973-BRW   Labelle v. Wyeth et al
4:06-cv-00974-BRW   Wright v. Wyeth et al

4:06-cv-00976-BRW   Pyle v. Wyeth et al
4:06-cv-00978-BRW   Storch v. Wyeth et al
4:06-cv-00979-BRW   Ray v. Wyeth et al
4:06-cv-00984-BRW   Irwin v. Wyeth et al
4:06-cv-00991-BRW   Fonseca v. Wyeth et al

4:06-cv-00992-BRW   Burns v. Wyeth et al
4:06-cv-01016-BRW   Dold et al v. Wyeth et al
4:06-cv-01020-BRW   Malmstrom v. Wyeth et al
4:06-cv-01024-BRW   Ritchie v. Wyeth et al
4:06-cv-01030-BRW   Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW   Armstrong v. Wyeth et al
4:06-cv-01040-BRW   Fields v. Wyeth et al
4:06-cv-01041-BRW   Watson v. Wyeth et al
4:06-cv-01042-BRW   Smith v. Wyeth et al
4:06-cv-01043-BRW   Samples v. Wyeth et al

4:06-cv-01044-BRW   Adkisson v. Wyeth et al
4:06-cv-01050-BRW   Klocek v. Wyeth et al
4:06-cv-01052-BRW   Pepperdine v. Wyeth et al
4:06-cv-01058-BRW   Bloodgood v. Wyeth et al
4:06-cv-01059-BRW   Thebeau v. Wyeth, et al

4:06-cv-01060-BRW   Dorsett v. Wyeth et al
4:06-cv-01062-BRW   Gray v. Wyeth et al
4:06-cv-01064-BRW   Worley v. Wyeth et al
4:06-cv-01065-BRW   Roach v. Wyeth et al
4:06-cv-01067-BRW   Newhouse v. Wyeth et al

4:06-cv-01068-BRW   Baker v. Wyeth et al
4:06-cv-01070-BRW   Schmick v. Wyeth et al
4:06-cv-01071-BRW   Gant v. Wyeth et al
4:06-cv-01072-BRW   Hawemann v. Wyeth et al
4:06-cv-01075-BRW   Ross v. Wyeth Inc et al
```

4:06-cv-01080-BRW  Nelson et al v. Wyeth et al
4:06-cv-01081-BRW  Baker v. Wyeth et al
4:06-cv-01086-BRW  Campbell v. Wyeth et al
4:06-cv-01092-BRW  Ghorley v. Wyeth et al
4:06-cv-01093-BRW  Pannell v. Wyeth et al

4:06-cv-01096-BRW  Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW  Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW  Hill v. Wyeth et al
4:06-cv-01118-BRW  Gavino v. Wyeth et al
4:06-cv-01121-BRW  Frandsen v. Wyeth et al

4:06-cv-01124-BRW  Williams v. Wyeth et al
4:06-cv-01126-BRW  Hatcher v. Wyeth et al
4:06-cv-01128-BRW  Furber v. Wyeth et al
4:06-cv-01129-BRW  Edris v. Wyeth et al
4:06-cv-01131-BRW  Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW  Paradis v. Wyeth et al
4:06-cv-01145-BRW  Morris et al v. Wyeth et al
4:06-cv-01163-BRW  Burgett v. Wyeth et al
4:06-cv-01164-BRW  Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW  Jones et al v. Wyeth et al

4:06-cv-01169-BRW  Bickel et al v. Wyeth et al
4:06-cv-01171-BRW  Merwin et al v. Wyeth et al
4:06-cv-01172-BRW  Taylor v. Wyeth et al
4:06-cv-01176-BRW  Thrift v. Wyeth et al
4:06-cv-01181-BRW  Billeau et al v. Wyeth et al

4:06-cv-01182-BRW  Boelk et al v. Wyeth et al
4:06-cv-01183-BRW  Flores et al v. Wyeth et al
4:06-cv-01191-BRW  Bross v. Wyeth et al
4:06-cv-01199-BRW  Ulmer v. Wyeth et al
4:06-cv-01206-BRW  Wilson v. Wyeth et al

4:06-cv-01207-BRW  Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW  George et al v. Wyeth et al
4:06-cv-01210-BRW  Seaton et al v. Wyeth et al
4:06-cv-01213-BRW  Johnson v. Wyeth et al
4:06-cv-01216-BRW  Grindle et al v. Wyeth et al

4:06-cv-01218-BRW  Garcia et al v. Wyeth et al
4:06-cv-01221-BRW  Brege v. Wyeth et al
4:06-cv-01226-BRW  Baena et al v. Wyeth et al
4:06-cv-01229-BRW  Weston et al v. Wyeth et al
4:06-cv-01230-BRW  Walrod v. Wyeth et al

4:06-cv-01232-BRW   Sellepack v. Wyeth et al
4:06-cv-01234-BRW   Roe v. Wyeth et al
4:06-cv-01235-BRW   Roberts v. Wyeth et al
4:06-cv-01236-BRW   Patten v. Wyeth et al
4:06-cv-01237-BRW   Mullins et al v. Wyeth et al

4:06-cv-01239-BRW   Melendez v. Wyeth et al
4:06-cv-01240-BRW   Morgan et al v. Wyeth et al
4:06-cv-01242-BRW   Long et al v. Wyeth et al
4:06-cv-01243-BRW   Killian et al v. Wyeth et al
4:06-cv-01244-BRW   Carll v. Wyeth et al

4:06-cv-01245-BRW   Ayers v. Wyeth et al
4:06-cv-01246-BRW   Mancini v. Wyeth et al
4:06-cv-01247-BRW   Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW   Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW   Hamm v. Wyeth et al

4:06-cv-01251-BRW   McClellan v. Wyeth et al
4:06-cv-01253-BRW   O'Neil v. Wyeth et al
4:06-cv-01258-BRW   Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW   Stamper et al v. Wyeth et al
4:06-cv-01275-BRW   Jansky v. Wyeth et al

4:06-cv-01277-BRW   Dewey v. Wyeth et al
4:06-cv-01281-BRW   Shay v. Wyeth et al
4:06-cv-01283-BRW   Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW   Lantz et al v. Wyeth et al
4:06-cv-01355-BRW   Dane v. Wyeth Inc et al

4:06-cv-01360-BRW   Blevins et al v. Wyeth et al
4:06-cv-01361-BRW   Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW   Darby et al v. Wyeth et al
4:06-cv-01371-BRW   Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW   Kruse et al v. Wyeth et al

4:06-cv-01389-BRW   Martin v. Wyeth Inc et al
4:06-cv-01404-BRW   Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW   Acard v. Wyeth et al
4:06-cv-01416-BRW   Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW   Scherer et al v. Wyeth et al

4:06-cv-01422-BRW   Newman et al v. Wyeth et al
4:06-cv-01424-BRW   Keith v. Wyeth et al
4:06-cv-01454-BRW   Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW   Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW   Henry v. Pfizer Inc et al

```
4:06-cv-01521-BRW   Galloway v. Wyeth et al
4:06-cv-01544-BRW   Romel v. Wyeth et al
4:06-cv-01549-BRW   Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW   Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW   Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW   Rister v. Wyeth Inc et al
4:06-cv-01655-BRW   Groethe v. Wyeth et al
4:06-cv-01681-BRW   Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW   Williams v. Wyeth Inc et al
4:06-cv-01698-BRW   McCandless v. Wyeth et al

4:07-cv-00001-BRW   Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW   Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW   Collins v. Wyeth et al
4:07-cv-00104-BRW   Arnold v. Wyeth et al
4:07-cv-00105-BRW   Cox v. Wyeth et al

4:07-cv-00108-BRW   Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW   Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW   Cook et al v. Wyeth et al
4:07-cv-00127-BRW   Becker v. Wyeth et al
4:07-cv-00128-BRW   Doctors v. Wyeth et al

4:07-cv-00167-BRW   Miller v. Wyeth
4:07-cv-00168-BRW   Gabriel v. Wyeth
4:07-cv-00169-BRW   Llana v. Wyeth et al
4:07-cv-00170-BRW   Godwin v. Wyeth et al
4:07-cv-00182-BRW   Howard v. Wyeth et al

4:07-cv-00188-BRW   Vara et al v. Wyeth et al
4:07-cv-00190-BRW   Podesta v. Wyeth et al
4:07-cv-00226-BRW   Martinez v. Wyeth et al
4:07-cv-00230-BRW   Read v. Wyeth et al
4:07-cv-00248-BRW   Lawson v. Wyeth et al

4:07-cv-00293-BRW   Fegley v. Wyeth et al
4:07-cv-00295-BRW   Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW   Fitzner v. Wyeth et al
4:07-cv-00322-BRW   Moe v. Wyeth et al
4:07-cv-00325-BRW   Mullins et al v. Wyeth et al

4:07-cv-00336-BRW   Gilley v. Wyeth et al
4:07-cv-00431-BRW   Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW   Marshall v. Wyeth et al
4:07-cv-00465-BRW   Wagner v. Wyeth et al
4:07-cv-00466-BRW   Swanson v. Wyeth et al
```

4:07-cv-00468-BRW  Kaplan v. Wyeth et al
4:07-cv-00474-BRW  Calabro v. Wyeth et al
4:07-cv-00480-BRW  Rhodes v. Wyeth Inc
4:07-cv-00496-BRW  Berns v. Wyeth Inc et al
4:07-cv-00499-BRW  Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW  Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW  Bernardo v. Wyeth et al
4:07-cv-00544-BRW  Basham v. Wyeth et al
4:07-cv-00547-BRW  Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW  VanTassal v. Wyeth et al

4:07-cv-00560-BRW  Kimbrough v. Wyeth et al
4:07-cv-00578-BRW  Riley v. Wyeth et al
4:07-cv-00579-BRW  Soukkala v. Wyeth et al
4:07-cv-00581-BRW  Lightner v. Wyeth et al
4:07-cv-00597-BRW  Wright v. Wyeth et al

4:07-cv-00599-BRW  McKinney v. Wyeth et al
4:07-cv-00650-BRW  Greenberg v. Wyeth
4:07-cv-00724-BRW  Meredith et al v. Wyeth
4:07-cv-00735-BRW  Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW  Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW  Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW  Hoffman v. Wyeth et al
4:07-cv-01072-BRW  Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW  Pace v. Wyeth et al
4:07-cv-01085-BRW  Patterson v. Wyeth et al

4:07-cv-01094-BRW  Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW  Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW  Johnston v. Wyeth et al
4:07-cv-01126-BRW  Neilson v. Wyeth et al
4:07-cv-01127-BRW  Poto v. Wyeth et al

4:07-cv-01128-BRW  Shippen v. Wyeth et al
4:07-cv-01137-BRW  Singer v. Wyeth et al
4:07-cv-01140-BRW  Thompson v. Wyeth et al
4:07-cv-01141-BRW  Pulley v. Wyeth et al
4:07-cv-01145-BRW  Ward v. Wyeth et al

4:07-cv-01197-BRW  Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW  Bailey v. Wyeth et al
4:07-cv-01205-BRW  Carruth v. Wyeth et al
4:08-cv-00009-BRW  Johnson et al v. Wyeth et al
4:08-cv-00029-BRW  Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW   Ranallo v. Wyeth et al
4:08-cv-00045-BRW   Mongeon v. Wyeth et al
4:08-cv-00054-BRW   Asbury v. Wyeth et al
4:08-cv-00055-BRW   D'Andrea v. Wyeth et al
4:08-cv-00063-BRW   McCall v. Wyeth Inc et al

4:08-cv-00080-BRW   Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW   Rutledge v. Wyeth et al
4:08-cv-00113-BRW   Gaw v. Wyeth et al
4:08-cv-00125-BRW   Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW   Beier v. Wyeth et al

4:08-cv-00135-BRW   Marsa v. Wyeth et al
4:08-cv-00173-BRW   Wilkerson v. Wyeth et al
4:08-cv-00177-BRW   Willis v. Wyeth et al
4:08-cv-00178-BRW   McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW   Mink v. Wyeth Inc et al

4:08-cv-00186-BRW   Pecci v. Wyeth et al
4:08-cv-00192-BRW   Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW   Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW   Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW   Dake v. Pfizer Inc et al

4:08-cv-00248-BRW   Cottrell v. Wyeth et al
4:08-cv-00251-BRW   Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW   Garfinkle v. Wyeth et al
4:08-cv-00256-BRW   Singleton v. Wyeth et al
4:08-cv-00258-BRW   Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW   Tucker v. Wyeth et al
4:08-cv-00263-BRW   Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW   Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW   Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW   Joffrion v. Wyeth et al

4:08-cv-00289-BRW   Hill v. Wyeth et al
4:08-cv-00296-BRW   Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW   Ogens v. Wyeth et al
4:08-cv-00310-BRW   Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW   Duke v. Wyeth et al

4:08-cv-00312-BRW   Brinkley v. Wyeth et al
4:08-cv-00313-BRW   Case v. Wyeth et al
4:08-cv-00314-BRW   Deavers v. Wyeth et al
4:08-cv-00322-BRW   Martin v. Wyeth et al
4:08-cv-00330-BRW   Reed v. Wyeth et al

4:08-cv-00332-BRW   Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW   Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW   Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW   Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW   Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW   Grace v. Wyeth et al
4:08-cv-00396-BRW   Trost v. Wyeth et al
4:08-cv-00418-BRW   Zidlick v. Wyeth et al
4:08-cv-00420-BRW   Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW   Hall v. Wyeth et al

4:08-cv-00445-BRW   Sharp et al v. Wyeth et al
4:08-cv-00461-BRW   Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW   Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW   Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW   Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW   Harrison et al v. Wyeth et al
4:08-cv-00554-BRW   Miller v. Wyeth et al
4:08-cv-00565-BRW   Lowe v. Wyeth et al
4:08-cv-00605-BRW   Stedman et al v. Wyeth et al
4:08-cv-00625-BRW   Stoe et al v. Wyeth et al

4:08-cv-00632-BRW   Sauer et al v. Wyeth et al
4:08-cv-00678-BRW   Harwell v. Wyeth et al
4:08-cv-00693-BRW   Erger v. Wyeth et al
4:08-cv-00776-BRW   Carpenter v. Wyeth et al
4:08-cv-00859-BRW   Mills v. Wyeth et al

4:08-cv-00863-BRW   Savage v. Wyeth et al
4:08-cv-00867-BRW   Camp v. Wyeth et al
4:08-cv-00869-BRW   Touchstone v. Wyeth et al
4:08-cv-00872-BRW   Scholl v. Wyeth et al
4:08-cv-00874-BRW   Valovich v. Wyeth et al

4:08-cv-00923-BRW   Williams v. Wyeth Inc et al
4:08-cv-01079-BRW   Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW   Bogler v. Wyeth et al
4:08-cv-01086-BRW   Haber v. Wyeth et al
4:08-cv-01161-BRW   Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW   Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW   Steinhardt v. Wyeth et al
4:08-cv-01195-BRW   Pruett et al v. Wyeth et al
4:08-cv-01211-BRW   Bot v. Wyeth et al
4:08-cv-01246-BRW   Shaker v. Wyeth et al

```
4:08-cv-01250-BRW   McCann v. Wyeth et al
4:08-cv-01284-BRW   Andres et al v. Wyeth et al
4:08-cv-01297-BRW   Lunde et al v. Wyeth
4:08-cv-01310-BRW   Daher v. Wyeth et al
4:08-cv-01316-BRW   Perez v. Wyeth Inc

4:08-cv-01361-BRW   Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW   Jones v. Wyeth et al
4:08-cv-01414-BRW   Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW   Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW   Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW   Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW   Bortel v. Wyeth et al
4:08-cv-01445-BRW   Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW   Griesing v. Wyeth et al
4:08-cv-01447-BRW   Hoffman v. Wyeth et al

4:08-cv-01448-BRW   Kelly v. Wyeth et al
4:08-cv-01449-BRW   Larson v. Wyeth et al
4:08-cv-01522-BRW   Adkins v. Wyeth et al
4:08-cv-01548-BRW   Olson v. Wyeth et al
4:08-cv-01552-BRW   Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW   Francis v. Pfizer Inc et al
4:08-cv-01815-BRW   Love v. Wyeth Inc et al
4:08-cv-01817-BRW   Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW   Ruggles v. Wyeth et al
4:08-cv-01819-BRW   Martino et al v. Wyeth et al

4:08-cv-01820-BRW   Green et al v. Wyeth et al
4:08-cv-01821-BRW   Geyer et al v. Wyeth et al
4:08-cv-01833-BRW   Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW   Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW   Gray et al v. Wyeth et al

4:08-cv-01840-BRW   Reed et al v. Wyeth et al
4:08-cv-01841-BRW   Fox v. Wyeth et al
4:08-cv-01842-BRW   Bowling v. Wyeth et al
4:08-cv-01858-BRW   Long v. Wyeth et al
4:08-cv-01859-BRW   Surenyan v. Wyeth et al

4:08-cv-01863-BRW   Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW   Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW   McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW   McClain v. Wyeth Inc et al
4:08-cv-01883-BRW   Micheletti et al v. Wyeth Inc et al
```